No. 44476.—Protests 997435–G, etc., of Oxenberg Bros. (New York).

Opinion by CLINE, J. The appraiser reported that the fish was not capable of being marked and that the immediate containers thereof bore no marks to indicate its country of origin. It appeared that each fish was wrapped in burlap and that a board bearing the words "Roumanian Product" was placed against its head. On the authority of Abstract 37822 it was held that the fish was marked in as permanent a manner as its nature would permit. *Greene* v. *United States* (4 Cust. Ct. 97, C. D. 296) and *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103) cited. *United States* v. *Monteverde* (26 id. 112, C. A. D. 2) distinguished. On the authority of *Golding* v. *United States* (4 Cust.· Ct. 67, C. D. 287) the adjectival form of marking—"Roumanian Product"—was held to be legal.

No. 44477.—Protest 975841–G of Fung Chong & Co. (San Francisco).

Opinion by CLINE, J. It was found that the paper wrappers were the immediate containers of the vermicelli. As neither the paper nor the merchandise was marked the protest was overruled. *International Forwarding Co.* v. *United States* (3 Cust. Ct. 314, C. D. 266) followed.

No. 44478.—Protest 949658–G of A. Haimson (New York).

Opinion by CLINE, J. The merchandise was imported from England. From the report of the solicitor it appeared that one case contained lambskins and the case and the burlap covering were marked "France." Four bundles contained marmot skins which were marked "China." The appraiser found that they were the product of the Soviet Union. On the record presented the protest was overruled.

No. 44479.—Protests 948158–G/11345, etc., of Frank L. Allen, Inc. (New Orleans).

Opinion by CLINE, J. It was found that neither the goods nor the containers thereof were marked in accordance with the provisions of section 304 (a). The protests were therefore overruled.

No. 44480.—Protest 6692–K of Judkins & McCormick Co. (New York).

Opinion by CLINE, J. No evidence was offered in support of the claims made. The protest was therefore overruled.